(No. 2762—

PAUL H. BOYERS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 15, 1950.*

CLARENCE B. DAVIS AND P. H. WARD, Attorneys for Claimant.

IVAN A. ELLIOTT, Attorney General; WILLIAM H. SUMPTER, Assistant Attorney General, for Respondent.

SCHUMAN, C. J.

Claimant, Cecile B. Hoover, executrix of the estate of Paul H. Boyers, has filed a claim for medical and hospital expenses expended by the decedent, Paul H. Boyers, in his lifetime, which were claimed necessary

to relieve decedent of injuries sustained, and for which an award had been previously made by this Court.

A hearing was previously had a short time before decedent's death, but no conclusion reached because of the death of the said Paul H. Boyers.

The decedent had incurred medical and hospital expenses reasonably required to cure or relieve him from the effects of his injury.

This Court had rendered an award in *Boyers* v. *State*, 9 C.C.R. 530, and reserved jurisdiction for such further orders as might subsequently be made. An additional award was granted on May 14, 1941 (*Boyers* v. *State*, 12 C.C.R. 377, and in *Boyers* v. *State*, 14 C.C.R. 1) for additional expenses.

Paul H. Boyers died testate on July 23, 1949, and claimant has presented her claim for the following expenses:

| | |
|---|---|
| Dr. Robert Nelson, Clinton, Iowa (Surgery—Dec. 1946) | $ 200.00 |
| Dr. Charles Waggoner (Assistant to Dr. Nelson, Clinton, Iowa) | 10.00 |
| Jane Lamb Hospital, Clinton, Iowa | 90.65 |
| Public Hospital of the City of Sterling | 1,509.05 |
| Dr. Ralph Redmond, Sterling, Ill. | 710.00 |
| Melvins Funeral Home | 710.00 |
| Oak Knolls Memorial Park | 25.00 |
| Cecile Hoover, for meals furnished Paul H. Boyers during illness | 1,918.00 |
| | $5,172.70 |

The evidence shows that the claims of Dr. Ralph Redmond in the amount of $710.00, and the claim of Public Hospital of the City of Sterling in the amount of $1,509.05 were clearly necessary to relieve the decedent from the effects of his injury. Claimant is, therefore, entitled to an award in the amount of $2,219.05.

An award is, therefore, made in favor of claimant for the benefit of the persons named in the amount of $2,219.05.